1

Erik David Segelstrom and
Cathie M. Hamer
PO 558
Gualala, California [95445]
(707) 884- 9140

2

3

4

5

# District Court of The United States
# For The Northern District of California

6

7

NATIONSTAR MORTGAGE, LLC

CV 14 1776 NJV

CASE NO.:

8

Plaintiff,

RE: Case NO.:_
MCUK-CVUD 1412574

9

10

11

vs.

12

ERIK SEGELSTROM and CATHIE M.
HAMER, and other
occupants,

13

14

Defendants

15

16

17

## Notice of Removal of a Civil Case

18

### Title 28 USCS Sections 1446(a), 1443, 1441(a), 1441(b), 1331 ; FRCP 11, Title 15 USC, Sections 1692(c), 1692(d), 1692(e), 1692(f), 1692(g) 78aa

19

20

21

**I. Statement of Facts and Grounds Supporting Removal.**

22

1. The central issues in this removal is two-fold: are lawsuits involving securities

23

involving interstate commerce required to be litigated in federal court, see Title 15,

24

US Code Section 78aa and whether or not the Plaintiff is from a different state, OR

25

EVEN ANOTHER COUNTRY than the Defendant and whether or not the value in

26

controversy is in excess of $ 75,000.00, seventy-five thousand dollars and whether or

27

28

Notice of Removal                    1

not the Plaintiff fulfilled the essential requirements at commencement and the filing of this case for production of evidence to meet the burden of proof under California law to demonstrate conclusively that the Plaintiff has "duly perfected" the title to the subject property. In addition, we, Erik David Segelstrom and Cathie M. Hamer, are preparing to file a civil action in federal court, against the alleged creditor and their attorneys who filed this case. As a result, in the interest of judicial economy, it is far better for the case be litigated in federal court and to be consolidated. NATIONSTAR MORTGAGE, LLC, is a Delaware corporation and is not a California corporation. The Plaintiff claims to be the assignee of the Note and Deed of Trust, however, the original lender securitized almost all of their loans so the loan is held by an investment trust as a conduit for mortgage backed securities so the case must be filed in Federal Court.

2. The Note was apparently assigned, however I have never seen the original note with indorsements, which will supply the chain of title to the note. The original lender, LEHMAN BROTHERS BANK, FSB, has a reputation for securitization of their loans, and therefore there is no dispute that securities are involved in this matter.

## II. Matters Involving Securities And implicating Securities law Require Federal Jurisdiction.

3. The Plaintiff claims to be the owner of the subject property and that they perfected title in compliance with state law. We, the Defendants, deny that the Plaintiff has perfected title and challenge their claim to ownership of the subject property and their standing to sue. We, Erik David Segelstrom and Cathie M. Hamer, the Defendants,

deny the allegations made by the Plaintiff in the complaint. The District Court of the United States for the District of California has Jurisdiction in this matter, based upon the Diversity of Citizenship statutes and the Securities law involved in this case. **The state courts are not equipped to handle federal securities law**, and the matter before the court must be litigated in Federal Court, see **Title 15, US Code, Section 78aa**, since the note is alleged by the Plaintiff to have been securitized into a fund.

4. "The possibility that federal **law** should apply in the exact context presented here — determining whether a federal cause of action runs with ownership of a security — was carefully considered and accepted by two members of the *Lowry* en banc panel. *Lowry,* 707 F.2d at 726-28 (Judges Garth and Sloviter concurring). Moreover, federal **law** has been relied upon by all of the federal district courts which have considered the possibility of an automatic transfer of a cause of action under **securities law**. *See Rose v. Arkansas Valley Environmental & Utility Authority,* 562 F.Supp. 1180, 1188-89 (W.D.Mo.1983); *Independent Investor Protective League v. Saunders,* 64 F.R.D. 564, 572 (E.D.Pa.1974); *International Ladies' Garment Workers' Union v. Shields & Co.,* 209 F.Supp. 145, 149 (S.D.N.Y.1962); *Mills v. Sarjem Corp.,* 133 F.Supp. 753, 761 (D.N.J.1955)." In RE NUCORP ENERGY SECURITIES 772 F.2d 1486 (Ninth Cir, 1985).

5. This court has Pendant jurisdiction with the state law claims and the matter must be litigated in federal court. Securities matters must be litigated in Federal Court pursuant to Title 15 US Code, Section 78aa. "The possibility that federal **law** should apply in the exact context presented here — determining whether a federal cause of

action runs with ownership of a security — was carefully considered and accepted by two members of the *Lowry* en banc panel. *Lowry,* 707 F.2d at 726-28 (Judges Garth and Sloviter concurring). Moreover, federal **law** has been relied upon by all of the federal district courts, which have considered the possibility of an automatic transfer of a cause of action under **securities law**. *See Rose v. Arkansas Valley Environmental & Utility Authority,* 562 F.Supp. 1180, 1188-89 (W.D.Mo.1983); *Independent Investor Protective League v. Saunders,* 64 F.R.D. 564, 572 (E.D.Pa.1974); *International Ladies' Garment Workers' Union v. Shields & Co.,* 209 F.Supp. 145, 149 (S.D.N.Y.1962); *Mills v. Sarjem Corp.,* 133 F.Supp. 753, 761 (D.N.J.1955)." In RE NUCORP ENERGY SECURITIES 772 F.2d 1486 (Ninth Cir, 1985).

6. Pendent jurisdiction exists where **there** is a sufficiently substantial federal claim to confer federal jurisdiction in the first place, and a "common nucleus of operative fact" between the state and federal claims. *United Mine Workers v. Gibbs,* 383 U.S. 715, 725, 86 S.Ct. 1130, 1138, 16 L.Ed.2d 218 (1966); *see Hagans v. Lavine,* 415 U.S. 528, 536, 94 S.Ct. 1372, 1378, 39 L.Ed.2d 577 (1974).

7. "The practical importance of the distinction [between merit and jurisdiction] is that if the federal claim is substantial enough to invoke federal jurisdiction, the court has power to exercise pendent jurisdiction over [state] claims ... also ... asserted in the complaint...." C. Wright, A. Miller & E. Cooper, § 3564 at 74-75 (footnote omitted)." In Re NUCORP ENERGY SECURITIES, 772 F.2d 1486 (Ninth Cir, 1985).

8. The Ninth Circuit has asserted that any claim arising under a federal statute must be heard in the federal courts. This is especially true of securities and securities law.

Notice of Removal                    4

"A claim which arises under a federal statute and implicates federal policy is appropriately decided under federal law. *Accord Huddleston v. Herman & MacLean,* 640 F.2d 534, 557 & n. 40 (5th Cir.1981) (federal **law** applies to claims under Rule 10b-5 because the action is implied in a federal statute), *aff'd in part and rev'd in part on other grounds,* 459 U.S. 375, 103 S.Ct. 683, 74 L.Ed.2d 548 (1983); *In Re Fine Paper Litigation,* 632 F.2d 1081, 1090 (3rd Cir.1980) (status of claims held under federal antitrust **law** is a question of federal **law**)." In Re NUCORP ENERGY SECURITIES, 772 F.2d 1486 (Ninth Cir, 1985). There are multiple violations of federal securities law violations in this matter involving fraud and implicating the federal securities laws.

**III. Questions of Title Must Be Tried in This Matter.**

9. The Plaintiff must prove that the foreclosure was conducted in compliance with state law and the mortgage followed by a purchase and the Defendant can raise objections on that phase on the issue of title. In an action for unlawful detainer, the Plaintiff must supply admissible evidence that the property was "duly sold in accordance with state law. The burden of Proof is on the purchaser to show that the trust property has been duly sold to him and that his title was duly perfected.

10. In the interest of justice and because there are securities involved in this matter, and because of the Diversity of Citizenship statutes and Article Three of the US Constitution, which mandates removal when there is diversity of citizenship, we are

filing this removal notice in this matter. NATIONSTAR MORTGAGE, LLC is

domiciled in DElaware and not in California.


Dated: 4 - 11 - 2014

Erik David Segelstrom            Cathie M. Hamer

Notice of Removal                    6

SUM-130

# SUMMONS
## (CITATION JUDICIAL)
### UNLAWFUL DETAINER – EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE – DESALOJO)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ENDORSED-FILED

MAR 2 8 2014

CLERK OF MENDOCINO COUNTY
SUPERIOR COURT OF CALIFORNIA
JOHN LOZANO

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
ERIK D SEGELSTROM, CATHIE M HAMER, and DOES 1-5

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
NATIONSTAR MORTGAGE, LLC

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court days. If the last days falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California ( www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org) en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

CASE NUMBER:
(Número del Caso)
MCUK-CVUD  12574

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*
   SUPERIOR COURT OF CALIFORNIA, COUNTY OF MENDOCINO
   100 NORTH STATE STREET ROOM 107
   UKIAH, CA 95482
   UKIAH BRANCH    LIMITED CIVIL CASE

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*   (530) 750-3700
   TFLG A LAW CORPORATION
   ERIC G. FERNANDEZ (SBN: 269684)
   VIANA G. BARBU (SBN: 283877)
   202 COUSTEAU PLACE, SUITE 260, DAVIS, CALIFORNIA 95618

3. *(Must be Answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§6400-6415) ☒ did not ☐ did
   for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date: MAR 2 8 2014    Clerk, by _____ , Deputy
*(Fecha)*             *(Secretario)* JOHN LOZANO   *(Adjunto)*

JAMES B. PERRY, INTERIM

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

4. NOTICE TO THE PERSON SERVED: You are served
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☒ as an occupant
   d. ☑ on behalf of *(specify):*
      under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
             ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
             ☐ CCP 416.46 (occupant)            ☐ other *(specify):*
5. ☒ by personal delivery on *(date):* 3-29-14

Page 1 of 2

[SEAL]

SEAL

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

SUMMONS–UNLAWFUL DETAINER–EVICTION

Code of Civil Procedure, §§ 412.20,41
5.455.1.167
www.courtinfo.ca.gov

**SUM-130**

| PLAINTIFF: NATIONSTAR MORTGAGE, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT: ERIK D SEGELSTROM, CATHIE M HAMER, and DOES 1-5 | |

6. **Unlawful detainer assistant** *(complete if plaintiff as received any help or advice for pay from an unlawful detainer assistant):*

   a.  Assistant's name:

   b.  Telephone no.:

   c.  Street address, city, and zip:

   d.  County of registration:

   e.  Registration no.:

   f.  Registration expires on *(date)*:

1 | TFLG A LAW CORPORATION
ERIC G. FERNANDEZ (SBN: 269684)
2 | VIANA G. BARBU (SBN: 283877)
202 COUSTEAU PLACE, SUITE 260
3 | DAVIS, CALIFORNIA 95618
TELEPHONE: (530) 750-3700
4 | FACSIMILE: (530) 750-3366

5

Attorney for Plaintiff
6 | NATIONSTAR MORTGAGE, LLC

ENDORSED-FILED

MAR 2 8 2014

CLERK OF MENDOCINO COUNTY
SUPERIOR COURT OF CALIFORNIA

JOHN LOZANO

7

8 | **SUPERIOR COURT OF CALIFORNIA**

9 | **COUNTY OF MENDOCINO**

10 | **UKIAH BRANCH**

11 | **LIMITED CIVIL CASE**

12 | NATIONSTAR MORTGAGE, LLC,          ) Case No.
                                                        )
13 |          Plaintiff,                                )  MCUK-CVUD 14 12574
                                                        )  **VERIFIED COMPLAINT FOR**
14 | v.                                                 )  **UNLAWFUL DETAINER**
                                                        )
15 | ERIK D SEGELSTROM, CATHIE M               )  ACTION BASED ON CCP § 1161a
HAMER, and DOES 1-5,                           )
16 |                                                     )  AMOUNT DEMANDED DOES NOT
          Defendants.                              )  EXCEED $10,000
17 | _____)

18 | Plaintiff alleges:

19 |          1.          Plaintiff is, and was at all times mentioned herein, qualified to do business

20 | in California or exempt from qualification under California Corporations Code Section 191(d).

21 |          2.          The real property, possession of which is sought in this action, is situated in

22 | Mendocino County, California, in the above-named judicial district, and is commonly described as:

23 | 29850 Ten Mile Road, Point Arena, California 95468, Assessor's Parcel Number 027-481-09-05

24 | ("the Property").

25 |          3.          The true names and capacities of Does 1 through 5, inclusive, are presently

26 | unknown to Plaintiff, who therefore sues such Defendants under such fictitious names pursuant to

27 | Section 474 of the California Code of Civil Procedure. Plaintiff is informed and believes, and on

28 | such information and belief alleges, that each such "Doe" Defendant is in possession of the Property,

1

**VERIFIED COMPLAINT FOR UNLAWFUL DETAINER**

1   without the permission or consent of Plaintiff, and Plaintiff will amend this complaint to state the
2   true names and capacities of said Defendants when the same have been ascertained.

3          4.     On February 14, 2014, the Property was sold to Plaintiff in accordance with
4   Civil Code Section 2924 *et seq.* under a power of sale contained in a Deed of Trust dated July 15,
5   2004, executed by ERIK D SEGELSTROM and CATHIE M HAMER, husband and wife, as
6   trustor(s). Plaintiff's title pursuant to the sale has been duly perfected and a Trustee's Deed
7   conveying title to Plaintiff has been duly recorded in the county where the Property is situated. A true
8   and correct copy of the Trustee's Deed is attached hereto, marked as Exhibit "A", and incorporated
9   herein by this reference.

10         5.     Plaintiff is the owner of, and entitled to immediate possession of the Property.

11         6.     On March 17, 2014, in the manner provided by law, Plaintiff caused to be
12   served on Defendants a written notice requiring Defendants to vacate and deliver up possession of
13   the Property to Plaintiff within 3 days after service of said notice. A copy of said Notice is attached
14   hereto, marked as Exhibit "B", and made a part hereof. The Notice was served in the manner
15   provided by law and as more particularly described in the attached Proof of Service, marked as
16   Exhibit "C", which is incorporated herein by this reference.

17         7.     More than 3 days have elapsed since the service of said Notice, but
18   Defendants have failed and refused to deliver up possession of the Property.

19         8.     Defendants continue in possession of the Property without Plaintiff's
20   permission or consent.

21         9.     The reasonable value for the use and occupancy of the Property is the sum of
22   $60.00 per day, and damages to Plaintiff caused by Defendants' unlawful detention thereof have
23   accrued at said rate since March 21, 2014, and will continue to accrue at said rate so long as
24   Defendants remain in possession of the Property.

25        10.     Pursuant to California Evidence Code Section 453, Plaintiff states that at the
26   time of trial it will request judicial notice be taken of certified copy of the recorded document
27   referred to in paragraph 4 hereof and all proofs of service then on file herein.

28   ///

**2**

**VERIFIED COMPLAINT FOR UNLAWFUL DETAINER**

1    WHEREFORE, Plaintiff prays judgment against Defendants as follows:

2        1.   For restitution and possession of the Property;

3        2.   For damages in the amount of $60.00 per day from March 21, 2014, and for

4             each day that Defendants continue in possession of the Property through the

5             date of entry of judgment; and

6        3.   For costs and for such other and further relief as the court may deem just and

7             proper.

8

9                                         **TFLG, A Law Corporation**

10

11   Dated: March 21, 2014                By:
                                          Eric G. Fernandez
12                                        Attorney for Plaintiff
                                          NATIONSTAR MORTGAGE, LLC
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**3**
**VERIFIED COMPLAINT FOR UNLAWFUL DETAINER**

1 | **VERIFICATION**

2 | I, the undersigned, declare:

3 | I have read the foregoing Verified Complaint For Unlawful Detainer and know its contents.

4 | I am the attorney or one of the attorneys for NATIONSTAR MORTGAGE, LLC, a party to

5 | this action. Such is absent from the county where I or such attorneys have their offices. For that

6 | reason, I am making this verification for and on behalf of that party. I am informed and believe and

7 | on that basis allege that the matters stated in said document are true and correct.

8 | I declare under penalty of perjury under the laws of the State of California that the foregoing

9 | is true and correct.

10 | Executed this 21st   day of March, 2014, at Davis, California.

11 |

12 |

13 | By: _____
Eric G. Fernández, Attorney at Law

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

**4**

**VERIFIED COMPLAINT FOR UNLAWFUL DETAINER**

2

RECOR         ...ED BY
FIRST A....-...AN TITLE COMPANY
AS AN ACCOMMODATION ONLY

RECORDING REQUESTED BY:
Old Republic Default Management Services

AND WHEN RECORDED MAIL TO:
Nationstar Mortgage, LLC
Doc Control
Attn: Kasey Kreman
2617 College Park Dr.
Scottsbluff, NE 69361

Forward Tax Statements to
the address given above

2014-02461
Recorded at the request of:
DPS
03/03/2014 02:07 PM
Fee: $19.00  Pgs: 1 of 3

OFFICIAL RECORDS
Susan M. Ranochak - Clerk-Recorder
Mendocino County, CA

SPACE ABOVE LINE FOR RECORDER'S USE

TS #: 12-48093                    Order #: 8303260

# TRUSTEE'S DEED UPON SALE

A.P.N.: 027-481-09-05              Transfer Tax: $0.00

The Grantee Herein was the Foreclosing Beneficiary.
The Amount of the Unpaid Debt was $609,645.54
The Amount Paid by the Grantee was $488,214.38
Said Property is in the City of **POINT ARENA** , County of Mendocino

$20.00
FAI\..
PCC.
FILED
Exempt

**Old Republic Default Management Services, a Division of Old Republic National Title Insurance Company,**
as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed
Trustee) does hereby **GRANT** without covenant or warranty to

## NATIONSTAR MORTGAGE, LLC

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed
to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of  Mendocino,
State of California, described as follows:

**EXHIBIT "A" ATTACHED HERETO AND MADE PART HEREOF**

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by **ERIK D
SEGELSTROM** and **CATHIE M HAMER, HUSBAND AND WIFE** as Trustor, dated 7/15/2004 of the Official
Records in the office of the Recorder of Mendocino, California under the authority and powers vested in the Trustee
designated in the Deed of Trust or as the duly appointed Trustee, default having occurred under the Deed of Trust
pursuant to the Notice of Default and Election to Sell under the Deed of Trust recorded on 7/29/2004, instrument
number 2004-16970, Book --, Page --  of official records. Trustee having complied with all applicable statutory
requirements of the State of California and performed all duties required by the Deed of Trust including sending a
Notice of Default and Election to Sell within ten days after its recording and a Notice of Sale at least twenty days
prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with
California Civil Code 2924b.



# TRUSTEE'S DEED UPON SALE

TS #: 12-48093
Loan #: 0600456933
Order #: 8303260

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on 2/14/2014. Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being $488,214.38, in lawful money of the United States, in proper, receipt thereof is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

Date: 2/18/2014

Old Republic Default Management Services, a Division of Old Republic National Title Insurance Company

By: _____
Tina Suihkonen, Vice President

STATE OF California
COUNTY OF Orange

On 2/18/14 before me, Hazelle Estrella Weissinger a Notary Public in and for said county, personally appeared, Tina Suihkonen who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Hazelle Estrella Weissinger

HAZELLE ESTRELLA WEISSINGER
Commission # 1964649
Notary Public - California
Orange County
My Comm. Expires Dec 23, 2015

(Seal)

ORDER NO: 8303260
REFERENCE NO: 12-48093
TITLE OFFICER: MARIE CRUZ
PRODUCT TYPE: TSG

# EXHIBIT "A"

THE LAND REFERRED TO IN THIS GUARANTEE IS SITUATED IN THE STATE OF CALIFORNIA, CITY OF POINT ARENA, COUNTY OF MENDOCINO AND IS DESCRIBED AS FOLLOWS:

TRACT ONE:

PARCEL 1 AS SHOWN AND DELINEATED ON THAT PARCEL MAP FILED FOR RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MENDOCINO COUNTY ON FEBRUARY 14, 1970 IN MAP CASE 2, DRAWER 14, PAGE 68, MENDOCINO COUNTY RECORDS.

EXCEPTING THEREFROM ALL MINERALS AND PETROLEUM PRODUCTS IN OR UNDER SAID LAND, TOGETHER WITH THE RIGHT OF ENTRY TO EXTRACT THE SAME, AS RESERVED IN THE DEED FROM NIELS IVERSEN ESTATE, A CORPORATION RECORDED MARCH 1, 1955 IN BOOK 392 OF OFFICIAL RECORDS, PAGE 228, MENDOCINO COUNTY RECORDS.

ALSO EXCEPT THEREFROM ALL OIL, GAS, ASPHALTUM AND OTHER CARBON SUBSTANCES AND MINERAL RIGHTS OF WHATSOEVER KIND AND CHARACTER IN AND TO OR UNDER SAID REAL PROPERTY HEREIN DESCRIBED, TOGETHER WITH THE RIGHT TO ENTER UPON SAID PROPERTY AND TO USE THE SAME FOR THE PURPOSES OF EXPLORING AND DEVELOPING AND REMOVING THEREFROM ALL OF SAID GAS, OIL, ASPHALTUM AND OTHER CARBON SUBSTANCES AND OTHER MINERALS OF EVERY KIND AND CHARACTER, AS RESERVED BY FRED HOLM, ET UX, IN THE DEED RECORDED DECEMBER 20, 1957 IN BOOK 474 OF OFFICIAL RECORDS, PAGE 569, MENDOCINO COUNTY RECORDS, AND AS CONVEYED TO MARION R. JONES AND FRANKLIN V.C. JONES, HUSBAND AND WIFE AS JOINT TENANTS IN DEED RECORDED DECEMBER 3, 1959 IN BOOK 528 OF OFFICIAL RECORDS, PAGE 67, MENDOCINO COUNTY RECORDS.

APN: 027-481-09-05

TRACT TWO:

A NON-EXCLUSIVE EASEMENT AND RIGHT OF WAY FOR PURPOSES TO USE AN AIRSTRIP OVER A STRIP OF LAND 50 FEET IN UNIFORM WIDTH, THE NORTHEASTERLY SIDELINE OF SAID STRIP BEING COINCIDENTAL AND IDENTICAL WITH THE SOUTHWESTERLY BOUNDARY OF THE HEREINABOVE DESCRIBED LAND.

## NOTICE TO ANY RENTERS LIVING AT
## 29850 TEN MILE ROAD, POINT ARENA, CA 95468

### [CCP § 1161c(b)]

The Attached notice means that your home was recently sold in foreclosure and the new owner plans to evict you.

You should talk to a lawyer NOW to see what you rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and simply move out.

Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any right you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it.

You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take proper legal steps in order to protect your rights.

### How to Get Legal Help

If you cannot afford an attorney, you may be eligible for free legal service from a nonprofit legal services program.You can locate these nonprofit groups at the California Legal Services Internet Web site (www.lawhelpca.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

# Exhibit B

**NOTICE TO OCCUPANT(S) TO VACATE PREMISES**
**LOCATED AT:**
**29850 TEN MILE ROAD, POINT ARENA, CA 95468**

**TO: ERIK D. SEGELSTROM, CATHIE M. HAMER AND TO ALL PERSONS WHO ARE IN THE POSSESSION OF AND OCCUPY THE REAL PROPERTY AT THE ABOVE-LISTED ADDRESS:**

YOU ARE HEREBY NOTIFIED that your right to occupy the real property located at **29850 TEN MILE ROAD, POINT ARENA, CA 95468** (the "Property") will be terminated. It will be terminated because the Property was sold to NATIONSTAR MORTGAGE LLC at a non-judicial foreclosure sale on February 14, 2014. As a result of that sale, NATIONSTAR MORTGAGE LLC is now the legal owner of this Property.

TAKE FURTHER NOTICE that you are expected to vacate the Property. The amount of time you have to vacate the Property depends on the kind of occupant you are. Please examine the categories of occupant listed below, determine which category applies to you, and note how much time you have to vacate the Property:

1. If you are the **former mortgagor** currently occupying the Property, you have **THREE (3) Days** from the date this Notice is served on you to vacate the Property.

2. If you are a **tenant or subtenant co-occupying** the Property with the former mortgagor, you have **THIRTY (30) Days** from the date this Notice is served on you to vacate the Property.

3. If you are a **tenant or subtenant occupying** the Property under a month-to-month lease or periodic tenancy entered into before the date the Property was sold (see above), you have **NINETY (90) Days** from the date this Notice is served on you to vacate the Property.

4. If you are a **tenant or subtenant occupying** the Property under a fixed term lease entered into before the date the Property was sold (see above), the date on which you must vacate the Property will depend on a variety of factors.

PLEASE TAKE FURTHER NOTICE that **if you fail to vacate the Property within the time that applies to you, the new owner will bring a lawsuit against you for possession of the Property, for damages measured by the rental value of the Property for each day you remain in the Property over the applicable time, and for the costs of the lawsuit.**

If you are a tenant occupying the Property under a rental agreement, please contact TFLG, A Law Corporation by telephone at (530) 750-3700 immediately, but not later than **FIVE (5)** days, and be prepared to provide proof of your rental agreement.

If you are on active military duty in United States Armed Forces, or a dependent of an individual who is on active duty, please contact TFLG, A Law Corporation by telephone at (530) 750-3700 immediately, but no later than **FIVE (5)** days, and be prepared to provide proof of active military status.

DATED: 03/11/2014

TFLG, A LAW CORPORATION
As Authorized Agent for Owner

Attorney (530) 601-5166

Case ID 136851

## PROOF OF SERVICE

I, the undersigned, declare that I served the Notice(s) below indicated:
Notice to Occupant(s) to Vacate Premises;|Notice to Any Renters Pursuant to Ccp1161c(b)

The above described Notice(s) were served on the following named parties in the manner set forth below:

NAME:        ALL PERSONS IN POSSESSION, C/O ERIK D. SEGELSTROM
ADDRESS:     29850 TEN MILE ROAD, POINT ARENA, CA 95468

[  ] 1. PERSONAL SERVICE                  By delivering a copy of the Notice(s) to each of the above personally:
                                          (1) on:
                                          (2) at:

[X] 2. CONSTRUCTIVE SERVICE               After attempting to personally serve said Notice(s) on each of the above
                                          named parties on 3/18/2014 at 4:30 PM, and having been unable, by service as
                                          authorized by C.C.P. Section 1162 (a) (2,3) in the manner set forth below:.

             [X] By leaving a copy for each of the above named parties on 3/18/2014 at 4:30 PM with ERIK D.
             SEGELSTROM, NAMED DEFENDANT, A white male approx. 40-45 years of age 5'2"-5'4" in height weighing
             200-220 lbs with brown hair;

             [X] By posting a copy for each of the above named parties on 3/18/2014 at 4:30 PM in a conspicuous place
             on the property.

             [X] and thereafter mailing a copy to each said party by depositing said copies in the United States mail on
             (date): March 17th, 2014, from (city): POINT ARENA, CA, in a sealed envelope with postage fully prepaid,
             addressed to each said party at their place where the property is situated or,

             [  ] a declaration of mailing is attached.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

Person who served papers
a. Name:                                          Pat Schreiner
b. Address:                                       PO BOX 728, Ukiah, CA 95482
c. Telephone number:                              707-391-6291
d. The fee for service was:                       $
e. I am:
   (1) [   ] not a registered California process server.
   (2) [   ] exempt from registration under Business and Professions Code section 22350(b).
   (3) [X] registered California process server:

        (i)  [   ] owner [   ] employee  [X] independent contractor        For:           ABC Legal Services, Inc.
        (ii) [X] Registration No.:                                         Registration #: 6779
        (iii)[X] County:                                                   County:        Los Angeles

[X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
[  ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 3/18/2014

            Pat Schreiner                                              Pat Schreiner
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                      (SIGNATURE)

---

                              PROOF OF SERVICE                                          Page 1 of 1

                                                                        Order No. 30112647 SEA FIL

03/18/2014 11:44AM FAX  7074631119+          DAVID E SHELL                    🖷0003/0004

## PROOF OF SERVICE

I, the undersigned, declare that I served the Notice(s) below indicated:

**Notice to Occupant(s) to Vacate Premises; Notice to Any Renters Pursuant to Ccp1161c(b)**

The above described Notice(s) were served on the following named parties in the manner set forth below:

**NAME:**      **CATHIE M. HAMER**
**ADDRESS:**   29650 TEN MILE ROAD, POINT ARENA, CA 95468

[ ] 1. PERSONAL SERVICE            By delivering a copy of the Notice(s) to each of the above personally.
                                    (1) on:
                                    (2) at:

[X] 2. CONSTRUCTIVE SERVICE        After attempting to personally serve said Notice(s) on each of the above
                                    named parties on 3/15/2014 at 4:30 PM. and having been unable, by service as
                                    authorized by C.C.P. Section 1162 (a) (2,3) in the manner set forth below..

   [X] By leaving a copy for each of the above named parties on 3/15/2014 at 4:30 PM with ERIK D.
   SEGELSTROM, NAMED DEFENDANT, A white male approx. 40-45 years of age 6'2"-6'4" in height weighing
   200-220 lbs with brown hair, and thereafter mailing a copy to each of the above named parties by depositing
   said copies in the United States mail on (date): March 17th, 2014, from (city): POINT ARENA, CA, in a
   sealed envelope, with postage fully prepaid, addressed to each of the above named parties at their place of
   residence or,

   [ ] a declaration of mailing is attached.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

**Person who served papers**
a. Name:                                    Pat Schreiner
b. Address:                                 PO BOX 728, Ukiah, CA 95482
c. Telephone number:                        707-391-6261
d. The fee for service was:                 $
e. I am:
   (1) [ ] not a registered California process server.
   (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
   (3) [X] registered California process server:

      (i) [ ] owner  [ ] employee  [X] independent contractor    For.        ABC Legal Services, Inc.
      (ii) [X] Registration No.:                                  Registration #: 6779
      (iii) [X] County:                                           County:     Los Angeles

[X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or

[ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date:  3/18/2014

   _____                    _____
        **Pat Schreiner**                                         (SIGNATURE)
   (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

---

**PROOF OF SERVICE**                                                           Page 1 of 1

                                                        Order No. 30112647 SEA FIL
                                                        ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

03/18/2014 11:44AM FAX  7074831119+          DAVID E SHELL                                    ☑0002/0004

## PROOF OF SERVICE

I, the undersigned, declare that I served the Notice(s) below indicated:
Notice to Occupant(s) to Vacate Premises; Notice to Any Renters Pursuant to Ccp1161c(b)

The above described Notice(s) were served on the following named parties in the manner set forth below.

NAME:         **ERIK D. SEGELSTROM**
ADDRESS:     29860 TEN MILE ROAD, POINT ARENA, CA 95468

[ X ] 1. PERSONAL SERVICE              By delivering a copy of the Notice(s) to each of the above personally:
                                        (1) on:   3/18/2014
                                        (2) at:   4:30 PM

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

Person who served papers
a. Name:                                          Pat Schreiner
b. Address:                                       PO BOX 728, Ukiah, CA 95482
c. Telephone number:                              707-391-6291
d. The fee for service was:                       $89.50
e. I am:
    (1) [  ] not a registered California process server.
    (2) [  ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ X ] registered California process server:

        (i) [  ] owner [  ] employee [ X ] independent contractor       For:        ABC Legal Services, Inc.
        (ii) [ X ] Registration No.:                                    Registration #: 6779
        (iii) [ X ] County:                                             County:     Los Angeles

[ X ] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
[  ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date:  3/18/2014

          Pat Schreiner
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    (SIGNATURE)

---

PROOF OF SERVICE                                                        Page 1 of 1

Order No. 30112647 SEA FIL

# Exhibit C

NOTICE: EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

| CLAIMANT OR CLAIMANT'S ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): | | |

NAME OF COURT: SUPERIOR COURT OF CALIFORNIA, COUNTY OF MENDOCINO
STREET ADDRESS: 100 NORTH STATE STREET, ROOM 108
MAILING ADDRESS: SAME
CITY AND ZIP CODE: UKIAH, CA   95482
BRANCH NAME: UKIAH BRANCH        LIMITED CIVIL CASE

PLAINTIFF: NATIONSTAR MORTGAGE, LLC

DEFENDANT: ERIK D SEGELSTROM, CATHIE M HAMER, and DOES 1-5

**PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

MCUH-CVUD \4-12574

(To be completed by the process server)
DATE OF SERVICE:
3 - 29 - 14
(Date that this form is served or delivered, and posted, and mailed by the officer or process server)

Complete this form only if ALL of these statements are true:
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.
3. You still occupy the premises.

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is (specify):

2. I reside at (street address, unit No., city and ZIP code):

3. The address of "the premises" subject to this claim is (address):

4. On (insert date): [ 3-28-14 ], the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. (This date is the court filing date on the accompanying Summons and Complaint.)

5. I occupied the premises on the date the complaint was filed (the date in item 4). I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed (the date in item 4).

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed (the date in item 4).

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. (Filing fee) I understand that I must go to the court and pay a filing of $ _____ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

(Continued on reverse)

| CP10.5 [New January 1, 1991] | **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION** | Legal Solutions Plus | Code of Civil Procedure, §§ 415.46, 715.010, 715.020, 1174.25 |

| PLAINTIFF *(Name)*: NATIONSTAR MORTGAGE, LLC | CASE NUMBER: |
|---|---|
| DEPENDANT *(Name)*: ERIK D SEGELSTROM, CATHIE M HAMER, and DOES 1-5 | |

> **NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. **Rental agreement.** I have *(check all that apply to you)*:
   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

> **WARNING: Perjury is a felony punishable by imprisonment in the state prison.**

Date:

▶

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(TYPE OR PRINT NAME)                                                          (SIGNATURE OF CLAIMANT)

> NOTICE: If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

---

### - NOTICE TO OCCUPANTS -

**YOU MUST ACT AT ONCE if all the following are true:**
   1. You are NOT named in the accompanying Summons and Complaint.
   2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed. *(The date is the court filing date on the accompanying Summons and Complaint.)*
   3. You still occupy the premises.

*(Where to file this form)* You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)* If you do not complete and submit this form (and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| TFLG, A LAW CORPORATION<br>ERIC G. FERNANDEZ (SBN:269684)<br>VIANA G. BARBU (SBN:283877)<br>202 COUSTEAU PLACE, SUITE 260<br>DAVIS, CA 95618<br>  TELEPHONE NO.: (530)750-3700   FAX NO.: (530)750-3344<br>ATTORNEY FOR *(Name)*: PLAINTIFF | ENDORSED-FILED<br><br>MAR 2 8 2014<br><br>CLERK OF MENDOCINO COUNTY<br>SUPERIOR COURT OF CALIFORNIA<br>JOHN LOZANO |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF MENDOCINO
  STREET ADDRESS: 100 NORTH STATE STREET, ROOM 108
  MAILING ADDRESS: SAME
  CITY AND ZIP CODE: UKIAH, CA  95482
  BRANCH NAME: UKIAH BRANCH  LIMITED CIVIL CASE

| CASE NAME:   NATIONSTAR MORTGAGE, LLC v. ERIK D SEGELSTROM, CATHIE M HAMER, and DOES 1-5 | |
|---|---|

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: SCUK-CVUD 1412574 |
|---|---|---|---|---|
| ☐ Unlimited   ☒ Limited<br>(Amount      (Amount<br>demanded    demanded is<br>exceeds $25,000)  $25,000 or less) | | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE:<br><br>DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| ☐ Auto (22)<br>☐ Uninsured motorist (46) | ☐ Breach of contract/warranty (06)<br>☐ Rule 3.740 collections (09) | (Cal. Rules of Court, rules 3.400-3.403)<br>☐ Antitrust/Trade regulation (03) |
| Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort | ☐ Other collections (09)<br>☐ Insurance coverage (18) | ☐ Construction defect (10)<br>☐ Mass tort (40) |
| ☐ Asbestos (04) | ☐ Other contract (37) | ☐ Securities litigation (28) |
| ☐ Product liability (24) | Real Property | ☐ Environmental/Toxic tort (30) |
| ☐ Medical malpractice (45) | ☐ Eminent domain/Inverse condemnation (14) | ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| ☐ Other PI/PD/WD (23) | ☐ Wrongful eviction (33) | |
| Non-PI/PD/WD (Other) Tort | ☐ Other real property (26) | Enforcement of Judgment |
| ☐ Business tort/unfair business practice (07) | Unlawful Detainer | ☐ Enforcement of judgment (20) |
| ☐ Civil rights (08) | ☐ Commercial (31) | Miscellaneous Civil Complaint |
| ☐ Defamation (13) | ☒ Residential (32) | ☐ RICO (27) |
| ☐ Fraud (16) | ☐ Drugs (38) | ☐ Other complaint *(not specified above)* (42) |
| ☐ Intellectual property (19) | Judicial Review | Miscellaneous Civil Petition |
| ☐ Professional negligence (25) | ☐ Asset forfeiture (05) | ☐ Partnership and corporate governance (21) |
| ☐ Other non-PI/PD/WD tort (35) | ☐ Petition re: arbitration award (11) | ☐ Other petition *(not specified above)* (43) |
| Employment | ☐ Writ of mandate (02) | |
| ☐ Wrongful termination (36) | ☐ Other judicial review (39) | |
| ☐ Other employment (15) | | |

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties       d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel  e. ☐ Coordination with related actions pending in one or more courts
       issues that will be time-consuming to resolve              in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence         f. ☐ Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply)*: a. ☒ monetary b. ☒ nonmonetary; declaratory or injunctive relief c. ☐ punitive
4. Number of causes of action *(specify)*: ONE
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)
Date: MARCH 21, 2014
ERIC G. FERNANDEZ, ESQ
_____                    ▶ _____
(TYPE OR PRINT NAME)                                  (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10 |
|---|---|---|

### INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**CM-010**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
  Auto (22)—Personal Injury/Property Damage/Wrongful Death
  Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
  Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/ Wrongful Death
  Product Liability *(not asbestos or toxic/environmental)* (24)
  Medical Malpractice (45)
    Medical Malpractice– Physicians & Surgeons
    Other Professional Health Care Malpractice
  Other PI/PD/WD (23)
    Premises Liability (e.g., slip and fall)
    Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
    Intentional Infliction of Emotional Distress
    Negligent Infliction of Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
  Business Tort/Unfair Business Practice (07)
  Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
  Defamation (e.g., slander, libel) (13)
  Fraud (16)
  Intellectual Property (19)
  Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice *(not medical or legal)*
  Other Non-PI/PD/WD Tort (35)

**Employment**
  Wrongful Termination (36)
  Other Employment (15)

**Contract**
  Breach of Contract/Warranty (06)
    Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
    Contract/Warranty Breach—Seller Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/ Warranty
    Other Breach of Contract/Warranty
  Collections (e.g., money owed, open book accounts) (09)
    Collection Case—Seller Plaintiff
    Other Promissory Note/Collections Case
  Insurance Coverage *(not provisionally complex)* (18)
    Auto Subrogation
    Other Coverage
  Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
  Eminent Domain/Inverse Condemnation (14)
  Wrongful Eviction (33)
  Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
  Commercial (31)
  Residential (32)
  Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
  Asset Forfeiture (05)
  Petition Re: Arbitration Award (11)
  Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court Case Matter
    Writ–Other Limited Court Case Review
  Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment *(non-domestic relations)*
    Sister State Judgment
    Administrative Agency Award *(not unpaid taxes)*
    Petition/Certification of Entry of Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint *(not specified above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-harassment)*
    Mechanics Lien
    Other Commercial Complaint Case *(non-tort/non-complex)*
    Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
  Partnership and Corporate Governance (21)
  Other Petition *(not specified above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief from Late Claim
    Other Civil Petition