IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | No. C-14-1776 MMC |
| Plaintiff, | **ORDER RE: DEFENDANTS' OPPOSITION TO MOTION TO REMAND** |
| v. | |
| ERIK SEGELSTROM and CATHIE M. HAMER, | |
| Defendants. | |

By order filed May 27, 2014, the Court granted plaintiff's motion to remand its unlawful detainer complaint to state court. In said order, the Court noted that defendants had not filed opposition, which was due no later than May 22, 2014. The Court is now in receipt of defendants' opposition, which opposition was filed with the Clerk of Court on May 23, 2014 and provided to the Court on May 27, 2014 after the above-referenced order was filed.

Although defendants' opposition is untimely, the Court has exercised its discretion to consider it. Having read and considered the opposition, however, the Court finds no basis to reconsider or alter its order remanding plaintiff's complaint to state court.

**IT IS SO ORDERED.**

Dated: May 27, 2014

MAXINE M. CHESNEY
United States District Judge